IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVANA BRANNER, | No. C 11-6225 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| MIKE HILL, *et al.*, | |
| Defendants. / | |

In an order filed January 31, 2012, the Court dismissed the complaint and granted leave to amend. The amended complaint was due February 21, 2012. Plaintiff has not filed an amended complaint, nor has plaintiff taken any action in this case since she filed a letter dated January 14, 2012. *See* Docket No. 10.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 30, 2012

SUSAN ILLSTON
United States District Judge