IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YVANA BRANNER,                     No. C 11-6225 SI

      Plaintiff,                       **JUDGMENT**

  v.

MIKE HILL, *et al.*,

      Defendants.
                                         /

The Court has dismissed case without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 30, 2012

                                         SUSAN ILLSTON
                                         United States District Judge

**United States District Court**
For the Northern District of California