IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVANA BRANNER, | No. C 11-6225 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MIKE HILL, *et al.*, | |
| Defendants. / | |

The Court has dismissed case without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 30, 2012

SUSAN ILLSTON
United States District Judge